Esther C. Rodriguez
Nevada State Bar No. 006473
**RODRIGUEZ LAW OFFICES, P.C.**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

Daniel F. Dickenson, ESQ.
Florida Bar No: 28919
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Rd.
Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106
Service@mineolaw.com
ddickenson@mineolaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-profit Corporation,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>TINLUN LUCKY INVESTMENT CORP.,<br><br>　　　　　Defendant. | Case No.: 2:25-cv-00890-RFB-MDC<br><br>**MOTION TO CHANGE/SUBSTITUTE ATTORNEY WITHIN FIRM** |

    In accordance with Local Rule IA 11-6, Daniel F. Dickenson, Esq. of The Mineo Salcedo Law Firm, P.A., 5600 Davie Road, Davie, Florida 33314, hereby motions for substitution as attorney of record for John A. Salcedo, Esq. of The Mineo Salcedo Law Firm, P.A. for Plaintiffs, JOHN MEGGS, an individual, and ACCESS 4 ALL, INC., a Florida not-for-

1  profit Corporation. A Verified Petition for Permission to Practice in this Case Only by Attorney
2  Not Admitted to the Bar of this Court and Designation of Local Counsel has been filed along
3  with this Motion for Daniel F. Dickenson.

/s/ Daniel F. Dickenson
Daniel F. Dickenson (New Attorney)

/s/ John A. Salcedo
John A. Salcedo (Present Attorney)

I consent to the above situation.

[signature]
John Meggs

[signature]
On behalf of Access for All, Inc

Dated this 10 day of June, 2025.

**ORDER**
IT IS SO ORDERED.

[signature]

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 6/17/2025

Respectfully submitted,

**RODRIGUEZ LAW OFFICES, P.C.**
By: /s/ Esther C. Rodriguez

Esther C. Rodriguez
Nevada State Bar No. 006473
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: (702) 320-8400; Fax: (702) 320-8401
info@rodriguezlaw.com

/s/ Daniel F. Dickenson
DANIEL F. DICKENSON, ESQ.
Florida Bar No: 28919
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Rd.
Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106
Service@mineolaw.com
DDickenson@mineolaw.com
*Attorneys for Plaintiffs*